[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13989

Non-Argument Calendar

_____

REGINALD MIDDLEBROOKS,

Plaintiff-Appellant,

*versus*

SWIFT TRANSPORTATION,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 5:24-cv-00274-TES

_____

2                    Opinion of the Court                  24-13989

Before ROSENBAUM, NEWSOM, and ABUDU, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Reginald Middlebrooks, proceeding *pro se*, appeals the district court's August 20, 2024, order dismissing his complaint with prejudice. We lack jurisdiction over this appeal because Middlebrooks's notice of appeal is untimely. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Middlebrooks had until September 19, 2024, to file a notice of appeal, but he did not file his notice until November 29, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). There is no basis in the record for relief under Fed. R. App. P. 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5), (a)(6); 28 U.S.C. § 2107(c); *Sanders v. United States*, 113 F.3d 184, 187 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.